

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00170-CV

Andre **COLEMAN**,
Appellant

v.

Mark **MOLINAR**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV10784
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE MCCRAY, CHIEF JUSTICE MARTINEZ, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure.

SIGNED July 16, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice